AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED
06/10/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

Civil Action No.     **1:26-CV-1573**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **ManTech International Corporation**
was received by me on  **6/08/2026:**

☐ I personally served the **Complaint; Summons** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **ManTech International Corporation** at **4701 Cox Rd Ste 285, Glen Allen, VA 23060** on **06/09/2026 at 4:28 PM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  06/09/2026

_____
*Server's signature*

**Tiffany Alexander**
*Printed name and title*

**7614 Beth Rd
F
Henrico, VA 23228**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired black male contact 35-45 years of age, 5'6"-5'8" tall and weighing 180-200 lbs with an accent.**



Tracking #: **0227101842**
