



2025 JUN -3 P 3: 21

### United States District Court
### For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:26 CV 1573

Name: Abdeslam Lilaj

Address: 14216 FULLERTON, Rd
Woodbridge, VA 22193

Telephone Number: 571-620-8930

Email Address: Lilaj43@hotmail.com

The undersigned:
- ➤ Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- ➤ Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- ➤ Is responsible for immediately notifying the court in writing of any change of email address.
- ➤ Must be registered with PACER (www.pacer.gov).

Signature: _____   Date: 6/5/2026

_____

Court Use Only:

The request is GRANTED ✓   or DENIED _____

_____   6/10/2026

(Judge's Signature)   (Date)