**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ABDESLAM LILAF | ) |
| | ) |
| *Plaintiff*, | ) |
| | )     **No: 1:26-cv-01573-PTG-LRV** |
| **v.** | ) |
| | ) |
| MANTECH INTERNATIONAL | ) |
| CORPORATION, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## NOTICE OF APPEARANCE OF MICAH E. TICATCH

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is

a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in

the above-titled action on behalf of Defendant ManTech International Corporation.

Dated: July 1, 2026            Respectfully submitted,

           */s/ Micah E. Ticatch*
           Edward Lee Isler, Va. Bar No. 27985
           Micah E. Ticatch, Va. Bar No. 83351
           John W. H. Harding, Va. Bar No. 87602
           ISLER DARE, P.C.
           1945 Old Gallows Road, Suite 650
           Vienna, Virginia 22182
           Phone: (703) 748-2690
           Facsimile: (703) 748-2695
           Email: eisler@islerdare.com
           Email: mticatch@islerdare.com
           Email: jharding@islerdare.com

           *Counsel for Defendant*
           *ManTech International Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of July 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will provide a copy to:

Abdeslam Lilaf
14216 Fullerton Rd
Woodbridge, VA 22193
571-620-8930
Lilaf43@hotmail.com

*Pro Se Plaintiff*

/s/ Micah E. Ticatch
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*