**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ABDESLAM LILAF | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) No: **1:26-cv-01573-PTG-LRV** |
| v. | ) |
| | ) |
| MANTECH INTERNATIONAL | ) |
| CORPORATION, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**DEFENDANT MANTECH INTERNATIONAL CORPORATION'S**
**RULE 7.1 DISCLOSURE OF CORPORATE**
**AFFILIATIONS AND FINANCIAL INTERESTS**

Defendant ManTech International Corporation ("ManTech"), by and through undersigned counsel and in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, states:

ManTech International Corporation is wholly and directly owned by Moose Bidco, Inc., which is indirectly owned by Carlyle Partners VIII Holdings IV, L.P. ("CP VIII"). The Carlyle Group, Inc., a publicly traded company (NASDAQ: CG), indirectly has an interest in the general partner of CP VIII.

Dated: July 1, 2026

Respectfully submitted,

*/s/ Micah E. Ticatch*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

1

*Counsel for Defendant*
*ManTech International Corporation*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of July 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will provide a copy to:

Abdeslam Lilaf
14216 Fullerton Rd
Woodbridge, VA 22193
571-620-8930
Lilaf43@hotmail.com

*Pro Se Plaintiff*

/s/ *Micah E. Ticatch*
Micah E. Ticatch, Va. Bar No. 83351
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: mticatch@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

3