**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| ABDESLAM LILAF | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No: 1:26-cv-01573-PTG-WEF |
| v. | ) | |
| | ) | |
| MANTECH INTERNATIONAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF JOHN W.H. HARDING**

PLEASE TAKE NOTICE that John W. H. Harding of the law firm of Isler Dare, P.C., who

is a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance

in the above-titled action on behalf of Defendant ManTech International Corporation.

Dated: July 2, 2026

Respectfully submitted,

*/s/ John W. H. Harding*
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: eisler@islerdare.com
Email: mticatch@islerdare.com
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 2nd day of July 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will provide a copy to:

Abdeslam Lilaf
14216 Fullerton Rd
Woodbridge, VA 22193
571-620-8930
Lilaf43@hotmail.com

*Pro Se Plaintiff*

/s/ John W. H. Harding
John W. H. Harding, Va. Bar No. 87602
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
Email: jharding@islerdare.com

*Counsel for Defendant*
*ManTech International Corporation*